UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:CR-09-000272 |
| vs. | : | |
| | : | |
| MICHAEL T. CONAHAN and | : | (JUDGE KOSIK) |
| MARK A. CIAVARELLA, JR. | | |

**MOTION OF DEFENDANT, MARK A. CIAVARELLA, JR.,
TO DISMISS BASED UPON OUTRAGEOUS GOVERNMENT CONDUCT**

The defendant, Mark A. Ciavarella, Jr., by and through his undersigned counsel, joins in the Motion of the co-defendant, Michael T. Conahan, to Dismiss for Government Misconduct, for those reasons as set forth in the Motion and which are incorporated herein by reference.

/s/Al Flora, Jr.
Al Flora, Jr., Esq.

/s/ William Ruzzo
William Ruzzo, Esq.

Counsel for Ciavarella

**CERTIFICATE OF NON-CONCURRENCE**

Undersigned counsel contacted AUSA William Houser on March 1, 2010, and at this time, his office does not concur in the aforesaid motion.

/s/Al Flora, Jr.
Al Flora, Jr., Esq.
Counsel for Ciavarella