## CONANAHAN - CIAVARELLA DISCOVERY LIST

[]     Summary of Tax Return and Return Information:     Mark A. Ciavarella, Jr.

[]     Summary of Tax Return and Return Information:     Michael T. Conahan.

[]     Letter from Mark A. Ciavarella to President Judge Chester B. Muroski dated February 5, 2009.

[]     ABC News 20/20 transcript of interview of Mark A. Ciavarella (occurring in February of 2009).

[]     Tax Returns:

       ()     Transcript of account for Pinnacle Group of Jupiter

       ()     IRS Form 1065 (2004) (Pinnacle Group of Jupiter)

       ()     IRS Form 1065 (2005) (Pinnacle Group of Jupiter)

       ()     IRS Form 1065 (2006) (Pinnacle Group of Jupiter)

       ()     IRS Form 1065 (2004) (Pinnacle Group of Jupiter)

       ()     IRS Form 1065 (2004) (Pinnacle Group of Jupiter) (with attachments & itemizations)

       ()     IRS Form 1065 (2005) (Pinnacle Group of Jupiter) (with attachments & itemizations)

       ()     IRS Form 1065 (2006) (Pinnacle Group of Jupiter) (with attachments & itemizations)

       ()     Transcript of account for Beverage Marketing of PA

       ()     IRS Form 1120 (2003) (Beverage Marketing of PA) (with attachments & itemizations)

       ()     IRS Form 1120 (2004) (Beverage Marketing of PA) (with attachments & itemizations)

       ()     IRS Form 1120 (2005) (Beverage Marketing of PA) (with attachments & itemizations)

- ( )  IRS Form 1120 (2006) (Beverage Marketing of PA) (with attachments & itemizations)
- ( )  Transcript of account for Michael & Barbara Conahan
- ( )  IRS Form 1040 (2003) (Michael & Barbara Conahan)
- ( )  IRS Form 1040 (2004) (Michael & Barbara Conahan)
- ( )  IRS Form 1040 (2005) (Michael & Barbara Conahan)
- ( )  IRS Form 1040 (2006) (Michael & Barbara Conahan)
- ( )  IRS Form 1040X amended return (2006) (Michael & Barbara Conahan)
- ( )  Transcript of account for Mark & Cindy Ciavarella
- ( )  IRS Form 1040 (2003) (Mark & Cindy Ciavarella)
- ( )  IRS Form 1040 (2004) (Mark & Cindy Ciavarella)
- ( )  IRS Form 1040 (2005)(Mark & Cindy Ciavarella)
- ( )  IRS Form 1040 (2006) (Mark & Cindy Ciavarella)
- ( )  IRS Form 1099 (2003)(Robert Powell)
- ( )  IRS Form 1099 (2003)(Robert Matta)
- ( )  IRS Form 1099 (2003)(Pinnacle Group of Jupiter)
- ( )  IRS Form 1099 (2006)(Pinnacle Group of Jupiter)
- ( )  IRS Form 1099 (2003)(Beverage Marketing of PA)

[ ]  INOLE for EIN 25-3083595

[ ]  Accountant (Barry Spaniel, CPA) workpaper file for Michael & Barbara Conahan

[ ]  Accountant (Jerome Matlowski, CPA) workpaper file for Mark & Cindy Ciavarella

[ ]  Accountant (Michael CeCosmo) workpaper file for Beverage Marketing of PA

- [] Accountant (Michael CeCosmo) workpaper file for Pinnacle Group of Jupiter

- [] Profit and Loss Statement for 2003 for Beverage Marketing of PA

- [] Profit and Loss Statement for 2004 for Beverage Marketing of PA

- [] Profit and Loss Statement for 2005 for Beverage Marketing of PA

- [] Profit and Loss Statement for 2006 for Beverage Marketing of PA

- [] Check register for the years 2004-2006 for Pinnacle Group of Jupiter

- [] Wire transfer documents and handwritten notes relating to the disbursement of the $610,000

- [] Wire transfer documents

- [] Check for $10,000 from Robert Powell to Robert Matta.

- [] Bank signature card & copy of check # 109 issued to Robert Powell ($326,000)

- [] Debit memo for $330,000 wire transfer from Beverage Marketing to Mark Ciavarella dated January 28, 2003.

- [] Debit memo for $75,000 wire transfer from Beverage Marketing of PA to Mark Ciavarella dated April 30, 2003

- [] Debit memo for $75,000 wire transfer from Beverage Marketing of PA to Mark Ciavarella dated July 15, 2003

- [] Debit memo for $25,000 wire transfer from Beverage Marketing of PA to Angela Sallemi dated August 13, 2003

- [] Debit memo for $105,000 wire transfer from Beverage Marketing of PA to Michael Conahan dated August 21, 2003

- [] Deposit ticket dated August 29, 2003 ($326,000) (Leesport Bank) and related deposit items

- [] Monthly statements and checks for account # 5015973 (Leesport Bank)

- [] Wire transfer dated January 28, 2003 ($610,000) from Robert Matta to Beverage Marketing (Minersville Bank)

- [✓] Wire transfer dated July 12, 2004 from Minersville bank Vision Holdings account to Pinnacle Group of Juptier account at Wachovia Bank ($120,000)

- [] Wire transaction summary report dated January 28, 2003 ($330,000) (Citizen's Bank)

- [] Wire transaction summary report dated April 30, 2003 ($75,000) (Citizen's Bank)

- [] Wire transaction summary report dated July 15, 2003 ($75,000) (Citizen's Bank)

- [] Wire transfer document ($1 million) (Wachovia Bank)

- [] Wire transfer document ($150,00) (Wachovia Bank)

- [] Signature card for Pinnacle Group of Jupiter (Wachovia Bank)

- [] Seven checks issued by Robert Powell and/or Vision Holdings to Pinnacle Group between January 2004 and April 2004

- [] Checks issued to Powell Law Group employees from Powell Law Group and/or Robert Powell and/or PA Child Care accounts from August 2006 to December 2006.

- [] Loan document for the purchase of the Florida condominium (FNCB)

- [] Jupiter Yacht Club Resident Registration (Michael Conahan)

- [] Jupiter Yacht Club Resident Registration (Mark Ciavarella)

- [] Documents provided by Angela Sallemi

- [] Summary of checks to Barbara Conahan and Cindy Ciavarella from Pinnacle Group of Jupiter

- [] Copy of Placement Guarantee Agreement between PA Child Care and the Court of Common Pleas for Luzerne County dated January 2002.

- [] Agreement Between Owner and Contractor (PA Child Care & Mericle Construction) dated February 19, 2002 with Preliminary Pre-Construction Schedule and contract cost breakdown attached.

- [] Registration and Commission Agreement Between Robert Mericle and Robert Powell dated February 19, 2002.

- [] Letter dated January 7, 2003 from Robert Mericle to Robert Powell re: Agreement

      Between Owner and Contractor (PA Child Care & Mericle Construction).

- Letter dated January 16, 2003 from Robert Powell to Robert Mericle re: $610,000 wire transfer.

- Citizens Bank notice to Mericle Construction noting a wire transfer on January 24, 2003 of $387,6000 from Account No. 61000173437 to Powell Law Group.

- Citizens Bank notice to Mericle Construction noting a wire transfer on January 24, 2003 of $610,000 from Account No. 61000173437 to Robert E. Matta, Esq.

- IRS Form 1099 from Mericle Construction to Robert E. Matta for $610,000 for the tax year 2003.

- IRS Form 1099 from Mericle Construction to Robert J. Powell for $387,600 for the tax year 2003.

- Invoice to Robert Mericle from Grubb & Ellis dated May 9, 2001.

- Agreement Between Owner and Contractor (Western PA Child Care & Mericle Construction) dated June 8, 2004 with Preliminary Pre-Construction Schedule and contract cost breakdown attached.

- Registration and Commission Agreement between Mericle Construction and Western PA Child Care dated June 8, 2004

- Letter dated June 24, 2005 from Robert Mericle to Robert Powell re: Agreement Between Owner and Contractor (PA Child Care & Mericle Construction).

- Citizens Bank notice to Mericle Construction noting a wire transfer on July 2, 2005 of $1,000,000 from Account No. 61000173437 to Pinnacle Group of Jupiter.

- IRS Form 1099 from Mericle Construction to Robert J. Powell for $1,000,000 for the tax year 2005.

- Agreement Between Owner and Contractor (PA Child Care & Mericle Construction) dated February 24, 2005 with Preliminary Pre-Construction Schedule and contract cost breakdown attached.

- Registration and Commission Agreement between Mericle Construction and PA Child Care dated February 24, 2005.

- Letter dated February 2, 2006 from Robert Mericle to Robert Powell re: Agreement

       Between Owner and Contractor (PA Child Care & Mericle Construction).

[]    Letter dated February 3, 2006 from Robert Powell to Robert Mericle regarding wire transfer instructions ($150,000).

[]    Domestic Wire Transfer form dated February 3, 2006 from Mericle Construction to Pinnacle Group of Jupiter ($150,000).

[]    IRS Form 1099 from Mericle Construction to Pinnacle Group of Jupiter for tax year 2006.

[]    Breakdown of construction costs by Mericle Construction for PA Child Care ($6,520,000).

[]    Breakdown of construction costs by Mericle Construction for Western PA Child Care ($9,745,300).

[]    Breakdown of construction costs by Mericle Construction for PA Child Care expansion ($841,664.65).

[]    Florida Department of State records: Articles of Incorporation for Pinnacle Group of Jupiter dated December 30, 2003.

[]    Palm Beach County records: General Warranty Deed from seller to Pinnacle Group of Jupiter for Condominium Unit 303 of the Mariner at Jupiter yacht Club dated February 23, 2004.

[]    Supreme Court of Pennsylvania Statement of Financial Interest for Mark A. Ciavarella, Jr. file-stamped April 14, 2004.

[]    Supreme Court of Pennsylvania Statement of Financial Interest for Mark A. Ciavarella, Jr. file-stamped dated March 28, 2005.

[]    Supreme Court of Pennsylvania Statement of Financial Interest for Mark A. Ciavarella, Jr. file-stamped dated April 24, 2006.

[]    Supreme Court of Pennsylvania Statement of Financial Interest for Mark A. Ciavarella, Jr. file-stamped dated March 26, 2007.

[]    Supreme Court of Pennsylvania Statement of Financial Interest for Mark A. Ciavarella, Jr. file-stamped dated March 31, 2008.

[]    Supreme Court of Pennsylvania Statement of Financial Interest for Michael T. Conahan

file-stamped dated April 19, 2004.

[ ]  Supreme Court of Pennsylvania Statement of Financial Interest for Michael T. Conahan file-stamped dated March 7, 2005.

[ ]  Supreme Court of Pennsylvania Statement of Financial Interest for Michael T. Conahan file-stamped dated March 30, 2006.

[ ]  Supreme Court of Pennsylvania Statement of Financial Interest for Michael T. Conahan file-stamped dated April 16, 2007.

[ ]  Supreme Court of Pennsylvania Statement of Financial Interest for Michael T. Conahan file-stamped dated March 20, 2008.

[ ]  Supreme Court of Pennsylvania Order regarding financial disclosure and reporting requirements for judicial officers dated April 13, 1984 (correction & instructions attached).

[ ]  Transcript of tape recorded conversation (undated with notation that conversation occurred on July 21, 2008) between Michael Conahan and Robert Powell.

[ ]  Transcript of tape recorded conversation (undated with notation that conversation occurred on August 22, 2008) between Michael Conahan and Robert Powell.

[ ]  Transcript of tape recorded conversation (undated) between Michael Conahan, Mark Ciavarella, Robert Powell and others.

[ ]  Transcript of tape recorded conversation (dated September 4, 2008) between Michael Conahan and Robert Powell.

[ ]  Transcript of tape recorded conversation (dated August 4, 2006) between Michael Conahan and Robert Powell.

[ ]  Records relating to the purchase of 585 Rutter Avenue, Unit 6, Dorranceton Townhomes, Kingston, PA 18704 (including $55,000 check from Mark A. Ciavarella to Lauren Ciavarella dated June 27, 2008).

[ ]  Ciavarella letter of reprimand of Sandra Brulo

[ ]  Lease agreement between Luzerne County and PA child Care ($58,000,000).

[DOCUMENT *NOT* BEING SCANNED BUT AVAILABLE FOR REVIEW]:

1. Beverage Marketing/Michael Conahan, Trustee/Pinnacle Group of Jupiter records and miscellaneous documents compiled by Lisa Davidson (5 boxes).

2. Citizens Bank records relating to Mark Ciavarella Account # 610013-477-6 (2 sets of records)

3. Citizens Bank records relating to Michael Conahan Account # 610091-177-2 (2 sets of records)

4. Wachovia records relating to Ocean Auto Sales checking account # 2000015498511

5. Invest Financial Corp records for....? (2 CDs)

6. Janney Montgomery Scott investment records for Barbara & Michael Conahan

7. FNCB records for Michael Conahan loans and checking accounts (1 box)

8. Additional Barry Spaniel financial records for Michael Conahan (1 box)

9. Additional Jerome Matlowski records for Mark Ciavarella (1 box)

10. Robert Mericle documents relating to PACC & WPACC (1 box)

11. Luzerne County records relating to PACC & WPACC

12. Luzerne County Probation records seized from Sandra Brulo at the time of her arrest.

13. Transcript from *Joseph v. The Scranton Times*, Lehigh County Court of Common Pleas No. 2166-C-2009, Volumes I and II.