February 16, 2011

# UNITED STATES OF AMERICA v. MARK A. CIAVARELLA

## GOVERNMENT'S EXHIBIT LIST

Criminal No. 3:CR-09-272

**Judge Edwin M. Kosik**

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 1.1 | Local television news clip of Mark Ciavarella and Michael Conahan discussing the Luzerne County juvenile detention facility - December 19, 2002 | X | X | Custodian of Records, WBRE Reporter who conducted interview |
| 1.2 | Copy of Placement Agreement Dated January 29, 2002 (PA Child Care) | X | X | Robert Powell (PA Child Care) |
| 1.3 | Lease agreement dated 11/17/04 between Luzerne County and PA Child Care ($58,000,000). | X | X | Robert Powell (Luzerne County Stip) |
| 1.4 | Handwritten notes of Robert Mericle dated 5/3/2000 relating to conversation with Robert Powell regarding juvenile detention facility | X | X | Robert Mericle (Mericle Stip) |
| 1.5 | Agreement of sale dated June 13, 2001 for the purchase of land by PA Child Care | X | X | Robert Mericle<br>Lewis Sebia<br>Robert Powell<br>(Mericle Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 1.6 | Memo from Powell Law Group dated May 22, 2000 scheduling meeting for June 9, 2000; handwritten notes of Robert Mericle regarding meeting; e-mail dated June 12, 2000 from Robert Powell summarizing meeting of June 9, 2000 | X | | Robert Mericle Robert Powell (Mericle Stip) |
| 1.7 | Proposed Youth Detention Center Proposed Outline dated 12/19/2000 | X | X | Robert Mericle Robert Powell (Mericle Stip) |
| 1.8 | Fax sheet dated March 7, 2001, from Mericle Construction to Mark Ciavarella concerning update on site location status; letter to Robert Powell of March 7, 2001 forwarding map of Pittston property | X | X | Robert Mericle (Mericle Stip) |
| 1.10 | Handwritten notes of Robert Mericle dated June 22, 2001 containing reference to "PJ Conahan Jan 2002" | X | X | Robert Mericle (Mericle Stip) |
| 1.11 | E-mail from Brian McManus to Robert Mericle dated July 11, 2001 containing reference to Court sending juveniles to facility | X | X | Robert Mericle (Mericle Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 1.12 | Letter dated 7/10/2001 from engineer regarding lease of juvenile detention facility | X | X | Robert Mericle Makowski (Mericle Stip) |
| 1.13 | Handwritten notes of Robert Mericle dated 7/12/2001 regarding final youth center pricing with computation of commission in margin ("$1,000,000 M") | | X | Robert Mericle (Mericle Stip) |
| 1.15 | E-mail from Brian McManus dated August 30, 2001 indicating that Powell cannot obtain financing until January of 2002 | X | X | Robert Mericle (Mericle Stip) |
| 1.16 | PA Child Care "Package" dated 2/7/2002 containing Robert Mericle's handwritten notes regarding referral fee (p.4 on the draft agreement between owner and construction manager) | X | X | Robert Mericle (Mericle Stip) |
| 2.1 | Agreement Between Owner and Contractor (PA Child Care and Mericle Construction) dated February 19, 2002 with Preliminary Pre-Construction Schedule | X | X | Robert Mericle Lewis Sebia Robert Powell (Mericle Stip) |
| 2.2 | Breakdown of construction costs by Mericle Construction for PA Child Care ($6,520,000). | X | X | Robert Mericle Lewis Sebia (Mericle Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 2.3 | Registration and Commission Agreement between Robert Mericle and Robert Powell dated February 19, 2002 ($997,600) | X | X | Robert Mericle Lewis Sebia Robert Powell (Mericle Stip) |
| 2.4 | Letter dated January 7, 2003 from Robert Mericle to Robert Powell re: Agreement Between Owner and Contractor (PA Child Care and Mericle Construction) | X | X | Robert Mericle Lewis Sebia Robert Powell (Mericle Stip) |
| 3.1 | Letter dated January 16, 2003 from Robert Powell to Robert Mericle re $610,000 and $387,600 wire transfers | X | X | Robert Powell Robert Mericle Lewis Sebia (Mericle Stip) |
| 3.2 | Citizens Bank notice to Mericle Construction noting a wire transfer on January 21, 2003 of $610,000 from Account Number 6100173437 to Robert E. Matta, Esquire; Minersville Safe Deposit Bank & Trust notice of incoming wire | X | X | Ben Wylam Robert Mericle Lewis Sebia Robert Matta (Mericle Stip) (Minersville Stip) |
| 3.3 | Citizens Bank notice to Mericle Construction noting a wire transfer on January 24, 2003 of $387,600 from Account Number 6100173437 to Robert Powell, Esq. | X | X | Ben Wylam Robert Mericle Lewis Sebia (Mericle Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 3.4 | Wire transfer dated January 28, 2003 ($610,000) from Robert Matta to Beverage Marketing Leesport Bank (Minersville Bank). | X | | Ben Wylam Robert Matta (Minersville Stip) (Matta Stip) |
| 3.5 | Beverage Marketing records relating to the disbursement of the $610,000 (Specify all relevant transactions) | X | X | Lisa Davidson (Beverge Marketing Stip) |
| 3.6 | Citizens Bank records including transaction detail report for $330,000 wire transfer from Beverage Marketing to Mark Ciavarella dated January 28, 2003 and Leesport Bank advice of outgoing wire transfer of $330,000 from Beverage Marketing Account | X | X | Ben Wylam (Citizens Bank Stip) Lisa Davidson (Beverage Marketing Portion of Records) (Leesport Stip) |
| 3.7 | Citizens Bank records including transaction detail report for $75,000 wire transfer from Beverage Marketing to Mark Ciavarella dated April 30, 2003 | X | X | Ben Wylam (Citizens Bank Stip) |
| 3.8 | Citizens Bank records including transaction detail report for $75,000 wire transfer from Beverage Marketing to Mark Ciavarella dated July 15, 2003 and Leesport Bank advice of outgoing $75,000 wire transfer. | X | X | Ben Wylam (Citizens Bank Stip) Lisa Davidson (As to Beverage Marketing portion of transaction) (Leesport Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 3.9 | Leesport Bank records, including debit memo for $25,000 wire transfer from Beverage Marketing to Angela Sallemi dated August 13, 2003. | X | X | Ben Wylam<br>Lisa Davidson<br>Angela Sallemi<br>(Leesport Stip) |
| 3.10 | Leesport Bank Records for $105,000 transfer from account of Beverage Marketing to account of Michael Conahan dated August 21, 2003. | X | X | Ben Wylam<br>Lisa Davidson<br>(Leesport Stip) |
| 3.11 | IRS Form 1099 from Mericle Construction to Robert E. Matta for $610,000 for the tax year 2003. | X | X | Ben Wylam<br>Robert Mericle<br>Lewis Sebia<br>(Mericle Stip) |
| 3.12 | IRS Form 1099 from Robert Matta to Beverage Marketing for $610,000 for the tax year 2003. | X | X | Ben Wylam<br>Lisa Davidson<br>(Matta Stip) |
| 3.13 | IRS Form 1099 from Mericle Construction to Robert J. Powell for $387,600 for the tax year 2003 | X | X | Ben Wylam<br>Robert Mericle<br>Lewis Sebia<br>Robert Powell<br>(Mericle Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 3.14 | Bank signature card for Vision Holdings | X | X | Ben Wylam Robert Powell (Minersville Stip) |
| 3.15 | Bank statement for account of Vision Holdings at Minersville Safe Deposit Bank & Trust covering period 8-30-2003 to 9-30-2003 showing check 109 clears. | X | X | Ben Wylam Robert Powell (Minersville Stip) |
| 3.16 | Deposit Ticket dated August 29, 2003 ($326,000) (Leesport Bank) and Vision Holdings check #109 issued to Robert Powell for $326,000. | X | X | Ben Wylam Robert Powell (Leesport Stip) |
| 3.17 | Monthly statement for account number 5410 159 73 (Leesport Bank) | X | X | Ben Wylam (Leesport Stip) |
| 3.18 | PA Child Care Check 3289 dated June 16, 2005 payable to Robert Matta for $10,000 | X | X | Ben Wylam Robert Powell (PA Child Care Stip) (S&T Stip) |
| 4.1 | Photographs of Florida Condominium Owned by Pinnacle Group of Jupiter (Unit 303) | X | X | Robert Powell |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 4.2 | Florida Department of State records: Articles of Incorporation for Pinnacle Group of Jupiter dated December 30, 2003. | X | X | Ben Wylam (Public Records Stip) |
| 4.3 | Palm Beach County records: General Warranty Deed from seller to Pinnacle Group of Jupiter for Condominium Unit 303 of the Mariner at Jupiter yacht club dated February 13, 2004 | X | X | Ben Wylam (Public Records Stip) |
| 4.4 | Loan document for the purchase of the Florida Condo (FNCB). | X | X | Ben Wylam (FNCB Stip) |
| 4.7 | Signature card for Pinnacle Group of Jupiter checking account number 2000012577037 (Wachovia Bank). | X | X | Ben Wylam (Wachovia Stip) |
| 4.8 | Check Register for the years 2004 - 2006 for Pinnacle Group of Jupiter | X | X | Lisa Davidson (Pinnacle Stip) |
| 4.9 | Monthly statements and copies of deposit tickets and deposited items, Pinnacle Group of Jupiter bank account. | X | X | Ben Wylam (Wachovia Stip) |
| 4.10 | Pinnacle Group of Jupiter check number 1001 dated 2/1/04 payable to Cindy Ciavarella in the amount of $35,000 | X | X | Ben Wylam (Wachovia Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 4.11 | Pinnacle Group of Jupiter check number 1002 dated 2/1/04 payable to Barbara Conahan in the amount of $35,000 | X | X | Ben Wylam (Wachovia Stip) |
| 4.12 | Pinnacle Group of Jupiter debit memo dated 2/12/04 payable to Barbara Conahan in the amount of $187,855.55 | X | X | Ben Wylam (Wachovia Stip) |
| 4.13 | Pinnacle Group of Jupiter check number 1017 dated 2/28/04 payable to Cindy Ciavarella in the amount of $50,000 | X | X | Ben Wylam (Wachovia Stip) |
| 4.14 | Pinnacle Group of Jupiter check number 1018 dated 2/28/04 payable to Barbara Conahan in the amount of $50,000 | X | X | Ben Wylam (Wachovia Stip) |
| 4.15 | Pinnacle Group of Jupiter check number 1054 dated 5/01/04 payable to Barbara Conahan in the amount of $33,000 | X | X | Ben Wylam (Wachovia Stip) |
| 4.16 | Pinnacle Group of Jupiter check number 1055 dated 5/01/04 payable to Cindy Ciavarella in the amount of $33,000 (Second endorsement Mark Ciavarella) | X | X | Ben Wylam (Wachovia Stip) |
| 4.17 | Pinnacle Group of Jupiter check number 1048 dated 5/17/04 payable to Barbara Conahan in the amount of $3,770.74 | X | X | Ben Wylam (Wachovia Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 4.18 | Pinnacle Group of Jupiter check number 1073 dated 7/20/04 payable to Cindy Ciavarella in the amount of $33,000 | X | X | Ben Wylam (Wachovia Stip) |
| 4.19 | Pinnacle Group of Jupiter check number 1074 dated 7/20/04 payable to Barbara Conahan in the amount of $33,000 | X | X | Ben Wylam (Wachovia Stip) |
| 4.20 | Pinnacle Group of Jupiter check number 1092 dated 9/27/04 payable to Cindy Ciavarella in the amount of $50,000 | X | X | Ben Wylam (Wachovia Stip) |
| 4.21 | Pinnacle Group of Jupiter check number 1093 dated 9/27/04 payable to Barbara Conahan in the amount of $50,000 | X | X | Ben Wylam (Wachovia Stip) |
| 4.22 | Pinnacle Group of Jupiter check number 1090 dated 10/7/04 payable to Cindy Ciavarella in the amount of $281.00 | X | X | Ben Wylam (Wachovia Stip) |
| 4.23 | Pinnacle Group of Jupiter check number 1121 dated 12/31/04 payable to Cindy Ciavarella in the amount of $20,000 | X | X | Ben Wylam (Wachovia Stip) |
| 4.24 | Pinnacle Group of Jupiter check number 1122 dated 12/31/04 payable to Barbara Conahan in the amount of $20,000 | X | X | Ben Wylam (Wachovia Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 4.25 | Pinnacle Group of Jupiter check number 1135 dated 2/7/05 payable to Cindy Ciavarella in the amount of $30,000 | X | X | Ben Wylam (Wachovia Stip) |
| 4.26 | Pinnacle Group of Jupiter check number 1136 dated 2/7/05 payable to Barbara Conahan in the amount of $30,000 | X | X | Ben Wylam (Wachovia Stip) |
| 4.27 | Pinnacle Group of Jupiter check number 1149 dated 4/1/05 payable to Cindy Ciavarella in the amount of $30,000 | X | X | Ben Wylam (Wachovia Stip) |
| 4.28 | Pinnacle Group of Jupiter check number 1150 dated 4/1/05 payable to Barbara Conahan in the amount of $30,000 | X | X | Ben Wylam (Wachovia Stip) |
| 4.29 | Pinnacle Group of Jupiter check number 1182 dated 7/18/05 payable to Cindy Ciavarella in the amount of $350,000 (Second endorsement Mark Ciavarella) | X | X | Ben Wylam (Wachovia Stip) |
| 4.30 | Pinnacle Group of Jupiter check number 1183 dated 7/18/05 payable to Barbara Conahan in the amount of $350,000 | X | X | Ben Wylam (Wachovia Stip) |
| 4.31 | Pinnacle Group of Jupiter check number 1201 dated 10/15/05 payable to Barbara Conahan in the amount of $3,000 | X | X | Ben Wylam (Wachovia Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 4.32 | Pinnacle Group of Jupiter check number 1202 dated 10/15/05 payable to Cindy Ciavarella in the amount of $3,000 | X | X | Ben Wylam (Wachovia Stip) |
| 4.33 | Pinnacle Group of Jupiter check number 1215 dated 12/2/05 payable to Barbara Conahan in the amount of $2,500 | X | X | Ben Wylam (Wachovia Stip) |
| 4.34 | Pinnacle Group of Jupiter check number 1216 dated 12/2/05 payable to Cindy Ciavarella in the amount of $2,500 (Second endorsement Mark Ciavarella) | X | X | Ben Wylam (Wachovia Stip) |
| 4.35 | Slip Rental Agreement between Jupiter Yacht Club Marina and Robert Arrington for "Reel Justice" covering October 21, 2003 and October 20, 2004 | X | X | Robert Powell (Jupiter Marina Stip) |
| 4.36 | Summary of checks to Barbara Conahan and Cindy Ciavarella from Pinnacle Group of Jupiter | X | X | Ben Wylam |
| 4.38 | HUD Settlement Sheet Dated 2/13/04 between JCO Properties and Pinnacle Group of Jupiter | X | X | |
| 4.40 | Operating Agreement of Pinnacle Group of Jupiter, LLC | X | X | |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 4.42 | Amended and Restated Operating Agreement of Pinnacle Group of Jupiter signed 3/3/04 | X | X | |
| 5.1 | Robert J. Powell Check 101 in the amount of $18,000 deposited to account of Pinnacle Group of Jupiter on January 20, 2004 | X | X | Robert Powell Ben Wylam (Wachovia Stip) |
| 5.2 | Robert J. Powell Check 1002 in the amount of $52,000 deposited on January 20, 2004 to the account of Pinnacle Group of Jupiter | X | X | Robert Powell Ben Wylam (Wachovia Stip) |
| 5.3 | Vision Holdings, Inc. Check 161 in the amount of $78,000 deposited on February 24, 2004 to the account of Pinnacle Group of Jupiter | X | X | Robert Powell Ben Wylam (Wachovia Stip) |
| 5.4 | Vision Holdings, Inc. Check 162 in the amount of $75,000 deposited on February 24, 2004 to the account of Pinnacle Group of Jupiter | X | X | Robert Powell Ben Wylam (Wachovia Stip) |
| 5.5 | Vision Holdings, Inc. Check 163 in the amount of $47,000 deposited on February 24, 2004 to the account of Pinnacle Group of Jupiter | X | X | Robert Powell Ben Wylam (Wachovia Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 5.6 | Vision Holdings, Inc. Check 176 in the amount of $75,000 deposited on May 3, 2004 to the account of Pinnacle Group of Jupiter | X | X | Robert Powell Ben Wylam (Wachovia Stip) |
| 5.7 | Vision Holdings, Inc. Check 177 in the amount of $25,000 deposited on May 3, 2004 to the account of Pinnacle Group of Jupiter | X | X | Robert Powell Ben Wylam (Wachovia Stip) |
| 5.8 | Wire transfer dated July 12, 2004 ($120,000) from Vision Holdings to Pinnacle Group of Jupiter | X | X | Robert Powell Ben Wylam (Wachovia Stip) |
| 5.9 | Wire transfer dated September 23, 2004 ($100,000) from Vision Holdings to Pinnacle Group of Jupiter | X | X | Robert Powell Ben Wylam (Wachovia Stip) |
| 6.1 | Agreement Between Owner and Contractor (Western PA Child Care and Mericle Construction) dated June 8, 2004 with Preliminary Pre-Construction Schedule | X | X | Robert Mericle Lewis Sebia Robert Powell (Mericle Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 6.2 | Breakdown of construction costs by Mericle Construction for Western PA Child Care ($9,745,300). | X | X | Robert Mericle Lewis Sebia (Mericle Stip) |
| 6.3 | Registration and Commission Agreement between Mericle Construction and Western PA Child Care dated June 8, 2004 and related facsimile transmittal and Federal Express slip. | X | X | Robert Mericle Lewis Sebia Robert Powell (Mericle Stip) |
| 6.4.1 | Letter dated June 24, 2005 from Robert Mericle to Robert Powell signed by Sebia for Mericle re: Agreement between owner and contractor (Western PA Child Care/Mericle Construction) | X | X | Robert Mericle Lewis Sebia Robert Powell (Mericle Stip) |
| 6.4.2 | Letter dated June 24, 2005 from Robert Mericle to Robert Powell signed by Robert Mericle re: Agreement between owner and contractor (Western PA Child Care/Mericle Construction) | X | X | Robert Mericle Robert Powell (Mericle Stip) |
| 6.4.3 | Letter dated 7-13-05 from Robert Powell to Robert Mericle | X | X | Robert Mericle Robert Powell (Mericle Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 6.5 | Wire transfer document reflecting $1,000,000 to Wachovia Bank Account of Pinnacle Group of Jupiter from Citizens Bank account of Mericle Construction on July 15, 2005 (Western PA Child Care) | X | X | Robert Mericle Lewis Sebia Ben Wylam Robert Powell (Wachovia Stip) |
| 6.6 | Citizens Bank notice to Mericle Construction noting a wire transfer on July 15, 2005 of $1,000,000 from Account Number 6100017343 to Pinnacle Group of Jupiter (Western PA Child Care). | X | X | Robert Mericle Lewis Sebia Ben Wylam Robert Powell (Mericle Stip) |
| 7.1 | Agreement Between Owner and Contractor (Expansion of PA Child Care/Mericle Construction) dated February 24, 2005 with Preliminary Pre-Construction Schedule and contract cost breakdown attached. | X | X | Robert Mericle Lewis Sebia Robert Powell (Mericle Stip) |
| 7.2 | Registration and Commission Agreement between Robert Mericle and Robert Powell dated February 24, 2005 (Expansion of PA Child Care). | X | X | Robert Mericle Lewis Sebia Robert Powell (Mericle Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 7.3 | Letter dated February 2, 2006 from Robert Mericle to Robert Powell re: Agreement Between Owner and Contractor (Expansion of PA Child Care/Mericle Construction). | X | X | Robert Mericle Lewis Sebia Robert Powell (Mericle Stip) |
| 7.4 | Letter dated February 3, 2006 from Robert Powell to Robert Mericle regarding wire transfer instructions ($150,000)(Expansion of PA Child Care). | X | X | Robert Powell Robert Mericle Lewis Sebia (Mericle Stip) |
| 7.5 | Domestic Wire Transfer form dated February 3, 2006 from Mericle Construction to Pinnacle Group of Jupiter ($150,000)(Expansion of PA Child Care). | X | X | Robert Mericle Lewis Sebia Ben Wylam (Mericle Stip) |
| 7.6 | Wire transfer records reflecting $150,000 wire transfer to Pinnacle Group of Jupiter on February 3, 2006 from Citizens Bank Account of Mericle Construction (Expansion of PA Child Care) | | X | Robert Mericle Lewis Sebia Ben Wylam (Wachovia Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 8 | Bank copies of Exhibits 8.1 through 8.20 | X | X | Ben Wylam<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(FNCB Stip)<br>(S & T Stip) |
| 8.1 | Powell Law Group Check number 8606 dated 8/11/06 in the amount of $9,800 payable to Jill Moran | X | X | Ben Wylam<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(FNCB Stip) |
| 8.2 | Powell Law Group Check number 8607 dated 8/11/06 in the amount of $9,800 payable to Jill Moran | X | X | Ben Wylam<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(FNCB Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 8.3 | Powell Law Group Check number 8608 dated 8/11/06 in the amount of $9,800 payable to Jill Moran | X | X | Ben Wylam<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(FNCB Stip) |
| 8.4 | Powell Law Group Check number 8609 dated 8/11/06 in the amount of $9,800 payable to Jill Moran | X | X | Ben Wylam<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(FNCB Stip) |
| 8.5 | Powell Law Group Check number 8610 dated 8/11/06 in the amount of $2,800 payable to Jill Moran | X | X | Ben Wylam<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(FNCB Stip) |
| 8.6 | Powell Law Group Check number 9238 dated 10/27/06 in the amount of $8,000 payable to Jill Moran | X | X | Ben Wylam<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(FNCB Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 8.7 | Powell Law Group Check number 9241 dated 10/27/06 in the amount of $4,000 payable to Robert Powell | X | | Ben Wylan<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(FNCB Stip) |
| 8.8 | Powell Law Group Check number 9244 dated 10/30/06 in the amount of $4,700 payable to Robert Powell | X | X | Ben Wylan<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(FNCB Stip) |
| 8.9 | Powell Law Group Check number 9268 dated 10/31/06 in the amount of $3,300 payable to Robert Powell | X | X | Ben Wylan<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(FNCB Stip) |
| 8.10 | PA Child Care Check number 3521 dated 11/13/06 in the amount of $9,000 payable to Robert Powell | X | X | Ben Wylan<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(S&T Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 8.11 | PA Child Care Check number 3523 dated 11/14/06 in the amount of $7,800 payable to Robert Powell | X | X | Ben Wylam<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(S&T Stip) |
| 8.12 | PA Child Care Check number 3524 dated 11/15/06 in the amount of $9,200 payable to Robert Powell | X | X | Ben Wylam<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(S&T Stip) |
| 8.13 | PA Child Care Check number 3525 dated 11/15/06 in the amount of $4,300 payable to Robert Powell | X | X | Ben Wylam<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(S&T Stip) |
| 8.14 | PA Child Care Check number 3526 dated 11/17/06 in the amount of $3,200 payable to Robert Powell | X | X | Ben Wylam<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(S&T Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 8.15 | PA Child Care Check number 3527 dated 11/17/06 in the amount of $9,500 payable to Robert Powell | X | X | Ben Wylam<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(S&T Stip) |
| 8.16 | PA Child Care Check number 3528 dated 11/17/06 in the amount of $7,000 payable to Robert Powell | X | X | Ben Wylam<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(S&T Stip) |
| 8.17 | Robert Powell, Esq. Check number 1487 dated 12/15/06 in the amount of $7,500 payable to Bernadette Sedor | X | X | Ben Wylam<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(FNCB Stip) |
| 8.18 | Robert Powell, Esq. Check number 1488 dated 12/15/06 in the amount of $7,500 payable to Robert Powell | X | X | Ben Wylam<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(FNCB Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 8.19 | Robert Powell, Esq. Check number 1489 dated 12/15/06 in the amount of $7,500 payable to Patrick Owens | X | X | Ben Wylam<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(FNCB Stip) |
| 8.20 | Robert Powell, Esq. Check number 1490 dated 12/15/06 in the amount of $9,000 payable to Patrick Owens | X | X | Ben Wylam<br>Robert Powell<br>Jill Moran<br>Patrick Owens<br>Bernadette Sedor<br>(FNCB Stip) |
| 8.21 | Summary chart of checks cashed at Powell's direction | X | X | Robert Powell<br>Patrick Owens<br>Bernadette Sedor |
| 8.22 | Fed Ex Box similar to box used by POWELL and MORAN to secure the cash. | X | X | Robert Powell<br>Jill Moran |
| 9.1 | Supreme Court of Pennsylvania Order regarding financial disclosure and reporting requirement for judicial officers dated April 13, 1984 (correction and instructions attached). | X | X | (Public Records Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 9.2 | Supreme Court of Pennsylvania Statement of Financial Interest for Mark A. Ciavarella, Jr. file stamped April 14, 2004 | X | X | Nicholene DiPasquale (AOPC Stip) |
| 9.3 | Supreme Court of Pennsylvania Statement of Financial Interest for Mark A. Ciavarella, Jr. file stamped March 28, 2005. | X | X | Nicholene DiPasquale (AOPC Stip) |
| 9.4 | Supreme Court of Pennsylvania Statement of Financial Interest for Mark A. Ciavarella, Jr. file stamped April 24, 2006. | X | X | Nicholene DiPasquale (AOPC Stip) |
| 9.5 | Supreme Court of Pennsylvania Statement of Financial Interest for Mark A. Ciavarella, Jr. file stamped March 26, 2007. | X | X | Nicholene DiPasquale (AOPC Stip) |
| 9.6 | Supreme Court of Pennsylvania Statement of Financial Interest for Mark A. Ciavarella, Jr. file stamped March 31, 2008. | X | X | Nicholene DiPasquale (AOPC Stip) |
| 9.7 | Supreme Court of Pennsylvania Statement of Financial Interest for Michael T. Conahan file stamped April 19, 2004. | X | X | Nicholene DiPasquale (AOPC Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 9.8 | Supreme Court of Pennsylvania Statement of Financial Interest for Michael T. Conahan file stamped March 7, 2005. | X | X | Nicholene DiPasquale (AOPC Stip) |
| 9.9 | Supreme Court of Pennsylvania Statement of Financial Interest for Michael T. Conahan file stamped March 30, 2006. | X | X | Nicholene DiPasquale (AOPC Stip) |
| 9.10 | Supreme Court of Pennsylvania Statement of Financial Interest for Michael T. Conahan file stamped April 16, 2007. | X | X | Nicholene DiPasquale (AOPC Stip) |
| 9.11 | Supreme Court of Pennsylvania Statement of Financial Interest for Michael T. Conahan file stamped March 20, 2008. | X | X | Nicholene DiPasquale (AOPC Stip) |
| 10.1 | Accountant Workpapers of Michael DeCosmo for Beverage Marketing Inc. (2003) | X | X | Michael DeCosmo (DeCosmo Stip) |
| 10.2 | Profit and Loss Statement for 2003 Beverage Marketing of PA. | X | X | Lisa Davidson (Beverage Marketing Stip) |
| 10.3 | Joe Smith entry from Beverage Marketing of PA, Inc. Real Estate Account check register | X | X | Lisa Davidson (Beverage Marketing Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 10.4 | Accountant work paper file of Michael DeCosmo for Pinnacle Group of Jupiter, LLC for 2004. | X | X | Michael DeCosmo (DeCosmo Stip) |
| 10.5 | Accountant work paper file of Michael DeCosmo for Pinnacle Group of Jupiter, LLC for 2005. | X | X | Michael DeCosmo (DeCosmo Stip) |
| 10.6 | Accountant work paper file of Michael DeCosmo for Pinnacle Group of Jupiter, LLC for 2006. | X | X | Michael DeCosmo (DeCosmo Stip) |
| 11.1 | Accountant Workpapers of Jerome Matlowski for Mark and Cindy Ciavarella (including copy of tax return 2003) | X | X | Jerome Matlowski (Matlowski Stip) |
| 11.2 | 2004 Accountant workpapers of Jerome Matlowski for Mark and Cindy Ciavarella | X | X | Jerome Matlowski (Matlowski Stip) |
| 11.3 | 2005 Accountant workpapers of Jerome Matlowski for Mark and Cindy Ciavarella | X | X | Jerome Matlowski (Matlowski Stip) |
| 11.4 | 2006 Accountant workpapers of Jerome Matlowski for Mark and Cindy Ciavarella | X | X | Jerome Matlowski (Matlowski Stip) |
| 12.1 | Accountant workpaper file of Barry Spanial for Michael and Barbara Conahan (2003) | X | X | Barry Spanial (Spanial Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 12.2 | Accountant workpaper file of Barry Spanial for Michael and Barbara Conahan (2004) | X | X | Barry Spanial (Spanial Stip) |
| 12.3 | Accountant workpaper file of Barry Spanial for Michael and Barbara Conahan (2005) | X | X | Barry Spanial (Spanial Stip) |
| 12.4 | Accountant workpaper file of Barry Spanial for Michael and Barbara Conahan (2006)(Including original return and amended return) | X | X | Barry Spanial (Spanial Stip) |
| 14.2 | Disc containing recorded conversation of Robert Powell, Mark Ciavarella and Michael Conahan recorded on 7-30-08 | X | X | Robert Powell Ben Wylam |
| 14.2.A | Transcript of recorded conversation of Robert Powell, Mark Ciavarella and Michael Conahan recorded on 7-30-08 | X | X | Robert Powell Ben Wylam |
| 15.1 | Summary of gross revenue from Luzerne County to PA Child Care, Western PA and MAYS, 2003-2007 | X | X | Patrick Owens |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 15.2 | Loan documents relating to W-Cat, Inc. | X | X | Robert Powell Jill Moran (FNCB Stip) |
| 15.4 | Transcript dated 7/2/2009 from *Joseph v. The Scranton Times*, Lehigh County Court of Common Pleas No. 2166-C-2009, Volumes I and II. | X | X | Court Reporter (Transcribed Statement Stip) |
| 16.1.1 | Transcript of Account for Mark A. and Cindy Ciavarella (2003) | X | X | Victoria O'Brien Ben Wylam Ray Eppley (IRS Stip) |
| 16.1.2 | Transcript of Account for Mark A. and Cindy Ciavarella (2004) | X | X | Victoria O'Brien Ben Wylam Ray Eppley (IRS Stip) |
| 16.1.3 | Transcript of Account for Mark A. and Cindy Ciavarella (2005) | X | X | Victoria O'Brien Ben Wylam Ray Eppley (IRS Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 16.1.4 | Transcript of Account for Mark A. and Cindy Ciavarella (2006) | X | X | Victoria O'Brien<br>Ben Wylam<br>Ray Eppley<br>(IRS Stip) |
| 16.2 | Tax Return for Mark and Cindy Ciavarella Form 1040 for tax year 2003 | X | X | Victoria O'Brien<br>Ben Wylam<br>Ray Eppley<br>(IRS Stip) |
| 16.3 | Tax Return for Mark and Cindy Ciavarella Form 1040 for tax year 2004 | X | X | Victoria O'Brien<br>Ben Wylam<br>Ray Eppley<br>(IRS Stip) |
| 16.4 | Tax Return for Mark and Cindy Ciavarella Form 1040 for tax year 2005 | X | X | Victoria O'Brien<br>Ben Wylam<br>Ray Eppley<br>(IRS Stip) |
| 16.5 | Tax Return for Mark and Cindy Ciavarella Form 1040 for tax year 2006 | X | X | Victoria O'Brien<br>Ben Wylam<br>Ray Eppley<br>(IRS Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 16.6.1 | Transcript of Account for Michael and Barbara Conahan (2003) | X | X | Victoria O'Brien Ben Wylam Ray Eppley (IRS Stip) |
| 16.6.2 | Transcript of Account for Michael and Barbara Conahan (2004) | X | X | Victoria O'Brien Ben Wylam Ray Eppley (IRS Stip) |
| 16.6.3 | Transcript of Account for Michael and Barbara Conahan (2005) | X | X | Victoria O'Brien Ben Wylam Ray Eppley (IRS Stip) |
| 16.6.4 | Transcript of Account for Michael and Barbara Conahan (2006) | X | X | Victoria O'Brien Ben Wylam Ray Eppley (IRS Stip) |
| 16.7 | Tax Return for Michael and Barbara Conahan Form 1040 for tax year 2003 | X | X | Victoria O'Brien Ben Wylam Ray Eppley (IRS Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 16.8 | Tax Return for Michael and Barbara Conahan Form 1040 for tax year 2004 | X | X | Victoria O'Brien<br>Ben Wylam<br>Ray Eppley<br>(IRS Stip) |
| 16.9 | Tax Return for Michael and Barbara Conahan Form 1040 for tax year 2005 | X | X | Victoria O'Brien<br>Ben Wylam<br>Ray Eppley<br>(IRS Stip) |
| 16.10 | Tax Return for Michael and Barbara Conahan Form 1040 for tax year 2006 | X | X | Victoria O'Brien<br>Ben Wylam<br>Ray Eppley<br>(IRS Stip) |
| 16.11 | Form 1040X Amended Return for 2006 for Michael and Barbara Conahan | X | X | Victoria O'Brien<br>Ben Wylam<br>Ray Eppley<br>(IRS Stip) |
| 16.12.1 | Transcript of Account for Pinnacle Group of Jupiter (2004) | X | X | Victoria O'Brien<br>Ben Wylam<br>Ray Eppley<br>(IRS Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 16.12.2 | Transcript of Account for Pinnacle Group of Jupiter (2005) | X | X | Victoria O'Brien<br>Ben Wylam<br>Ray Eppley<br>(IRS Stip) |
| 16.12.3 | Transcript of Account for Pinnacle Group of Jupiter (2006) | X | X | Victoria O'Brien<br>Ben Wylam<br>Ray Eppley<br>(IRS Stip) |
| 16.13 | Tax Return for Pinnacle Group of Jupiter, LLC Form 1065 and K-1's for 2004. | X | X | Victoria O'Brien<br>Ben Wylam<br>Ray Eppley<br>(IRS Stip) |
| 16.14 | Tax Return for Pinnacle Group of Jupiter, LLC Form 1065 and K-1's for 2005. | X | X | Victoria O'Brien<br>Ben Wylam<br>Ray Eppley<br>(IRS Stip) |
| 16.15 | Tax Return for Pinnacle Group of Jupiter, LLC Form 1065 for 2006. | X | X | Victoria O'Brien<br>Ben Wylam<br>Ray Eppley<br>(IRS Stip) |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 16.16 | Transcript of Account for Beverage Marketing of PA, Inc. For 2003 | X | X | Victoria O'Brien<br>Ben Wylam<br>Ray Eppley<br>(IRS Stip) |
| 16.17 | Tax Return for Beverage Marketing of PA, Inc. Form 1120 for 2003. | X | X | Victoria O'Brien<br>Ben Wylam<br>Ray Eppley<br>(IRS Stip) |
| 17.1 | Bank Statements for Citizens Bank relating to Mark Ciavarella account 6100134776 (2003-2006) | X | X | Ben Wylam<br>(Citizens Bank Stip) |
| 17.2 | Deposit tickets and deposited items for account 6100134776 of Mark Ciavarella (2003-2006) | X | X | Ben Wylam<br>(Citizens Bank Stip) |
| 17.3 | Canceled Checks for Citizen's Bank Account number 6100134776 in the name of Mark Ciavarella | X | X | |
| 17.4 | Records of Automobile City regarding purchase of Nissan Exterra on 5/9/03 | X | X | |
| 17.5 | Records of Wyoming Valley Motors regarding the purchase of a Volkswagen Jetta on April 22, 2004 | X | X | |

| NO. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 7.3 | Letter dated February 2, 2006 from Robert Mericle to Robert Powell re: Agreement Between Owner and Contractor (Expansion of PA Child Care/Mericle Construction). | | | Robert Mericle<br>Lewis Sebia<br>Robert Powell<br>(Mericle Stip) |
| 7.4 | Letter dated February 3, 2006 from Robert Powell to Robert Mericle regarding wire transfer instructions ($150,000)(Expansion of PA Child Care). | | | Robert Powell<br>Robert Mericle<br>Lewis Sebia<br>(Mericle Stip) |
| 7.5 | Domestic Wire Transfer form dated February 3, 2006 from Mericle Construction to Pinnacle Group of Jupiter ($150,000)(Expansion of PA Child Care). | | | Robert Mericle<br>Lewis Sebia<br>Ben Wylam<br>(Mericle Stip) |
| 7.6 | Wire transfer records reflecting $150,000 wire transfer to Pinnacle Group of Jupiter on February 3, 2006 from Wachovia Bank Account of Mericle Construction (Expansion of PA Child Care) | | | Robert Mericle<br>Lewis Sebia<br>Ben Wylam<br>(Wachovia Stip) |