UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK A. CIAVARELLA, JR., | : | Civil No. 3:15-CV-224 |
| Movant, | : | [Criminal No. 09-272-02] |
| v. | : | |
| UNITED STATES OF AMERICA, | : | (Judge Kosik) |
| Respondent. | : | |

FILED
SCRANTON

FEB 2 3 2015

Per _/s/ Amy_
DEPUTY CLERK

### NOTICE OF ELECTION

I, Mark A. Ciavarella, Jr., movant in the above-captioned action, have read the Order of Court that accompanied this form. Pursuant to that Order, I elect to proceed in this action as follows:

__X__   I have labeled my motion as a motion to vacate, set aside, or correct sentence under 28 U.S.C. §2255. I choose to have the court rule on my motion as filed. I understand that I may be forever barred from presenting in federal court any claim not presented in this motion. I further understand that by doing so I lose my ability to file a second or successive motion absent certification by the court of appeals, and that the potential for relief is further limited in a second or successive motion.

_____   I have labeled my motion as a motion to vacate, set aside, or correct sentence under 28 U.S.C. §2255. I choose to withdraw my motion so that I may file one, all-inclusive motion under 28 U.S.C. §2255 within the one-year limit for filing such a motion.

**YOUR ELECTION ON THIS FORM, AS WELL AS THE FAILURE TO MAKE AN ELECTION, WILL BE BINDING ON YOU AS RELATES TO YOUR LITIGATION IN FEDERAL COURT OF ANY CLAIM RELATED TO THE CUSTODY YOU HAVE CHALLENGED. READ CAREFULLY THE ORDER ACCOMPANYING THIS FORM NOTICE OF ELECTION.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2-17-15__.
                (Date)

_/s/ Mark A Ciavarella Jr_
(Signature of Movant)

-2-



COLUMBIA SC 290
19 FEB 2015 PM 3 L

⇦15008-067⇦
Mark Ciavarella
Inmate MAIL
F.C.I., Williamsburg
P.O. BOX 340
Salters, SC 29590
United States

⇦15008-067⇦
Hon Edwin M Kosik
U. S. District Courthouse
PO BOX 1148
235 N. Washington AVE
Scranton, PA 18501
United States

18501500159