# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 3:09-CR-272** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **MARK A. CIAVARELLA, JR.**, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 21st day of December, 2020, upon consideration of defendant's *pro se* motions for compassionate release and the court's order appointing counsel to determine whether defendant may be eligible for relief, and further upon consideration of the brief in support of compassionate release filed by appointed counsel on today's date, it is hereby ORDERED that the government shall file an expedited response to defendant's motion no later than **Monday, December 28, 2020**, and defendant may file a reply no later than **Monday, January 4, 2021**.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner
    United States District Judge
    Middle District of Pennsylvania